## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN MONTGOMERY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-5485 |
| | : | |
| **TRAVELERS PERSONAL** | : | |
| **INSURANCE COMPANY** | : | |

# ORDER

**AND NOW**, this 16th day of May 2022, upon considering the parties' cross Motions for summary judgment (ECF Doc. Nos. 14, 15), Responses (ECF Doc. Nos. 16, 17), Plaintiff's Reply (ECF Doc. No. 18), and for reasons in the accompanying Memorandum confirming no genuine issue of material fact and summary judgment is warranted as a matter of law, it is **ORDERED:**

1. Plaintiff's Motion for summary judgment (ECF Doc. No. 14) is **DENIED;**

2. Defendant's Motion for summary judgment (ECF Doc. No. 15) is **GRANTED**;

and,

3. The Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**